# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERTS, MARCUS L. | § | Case No. 16-03761 3F7 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/12/2016 . The undersigned trustee was appointed on 10/12/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     4,780.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 2.62 |
   | Bank service fees | 225.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $     4,552.38

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  02/21/2017  and the deadline for filing governmental claims was  04/10/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,195.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,195.00 , for a total compensation of $ 1,195.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 216.70 , for total expenses of $ 216.70 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/06/2018                By:/s/GORDON P. JONES, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 16-03761    3F7    Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | ROBERTS, MARCUS L. | Date Filed (f) or Converted (c): | 10/12/16 (f) |
|  |  | 341(a) Meeting Date: | 11/22/16 |
| For Period Ending: | 07/06/18 | Claims Bar Date: | 02/21/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5607 RAINEY AVE S., ORANGE PARK, FL | 135,742.00 | 0.00 |  | 0.00 | FA |
| 2. 1434 W 24TH ST., JACKSONVILLE, FL | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 406 W 19TH ST., JACKSONVILLE, FL | 38,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 2016 HYUNDAI SANTE FE | 22,000.00 | 0.00 |  | 0.00 | FA |
| 5. 2006 FORD F150   (2/1/17 N - D #40) | 1,800.00 | 3,600.00 |  | 3,600.00 | FA |
| 6. CLOTHING | 50.00 | 0.00 |  | 0.00 | FA |
| 7. WEDDING RING AND WATCH | 35.00 | 0.00 |  | 0.00 | FA |
| 8. USAA CHECKING ACCOUNT | 32.84 | 0.00 |  | 0.00 | FA |
| 9. NAVY FEDERAL CU CHECKING ACCOUNT | 320.00 | 0.00 |  | 0.00 | FA |
| 10. NAVY FEDERAL CU SAVINGS ACCOUNT | 27.89 | 0.00 |  | 0.00 | FA |
| 11. VYSTAR CU SAVINGS ACCOUNT | 127.24 | 0.00 |  | 0.00 | FA |
| 12. LAWN MOWER, GARDEN AND HAND TOOL ETC | 250.00 | 0.00 |  | 0.00 | FA |
| 13. 1662 OAKHURST AVE., JACKSONVILLE, FL | 48,000.00 | 0.00 | OA | 0.00 | FA |
| 14. FRAUDULENT CONVEYANCE (u) (SALE OF DOLPHIN MOTORHOME) | Unknown | 0.00 |  | 0.00 | FA |
| 15. 2016 FEDERAL INCOME TAX REFUND (u) | Unknown | 1,180.00 |  | 1,180.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $276,384.97 | $4,780.00 |  | $4,780.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/14/16 - NON-HOMESTEAD LETTER TO DEBTOR REGARDING PROPERTY AT 1662 OAKHURST AVENUE, JACKSONVILLE, FL
10/14/16 - NON-HOMESTEAD LETTER TO DEBTOR REGARDING PROPERTY AT 1434 W 24TH ST, JACKSONVILLE, FL.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: 16-03761  3F7  Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES, TRUSTEE |
| Case Name: ROBERTS, MARCUS L. | Date Filed (f) or Converted (c): | 10/12/16 (f) |
| | 341(a) Meeting Date: | 11/22/16 |
| | Claims Bar Date: | 02/21/17 |

10/14/16 - NON-HOMESTEAD LETTER TO DEBTOR REGARDING PROPERTY AT 406 W 19TH ST., JACKSONVILLE, FL.

10/17/16 - LETTER TO DUVAL COUNTY CLERK REQUESTING RECORDATION OF THREE (3) NOTICE OF INTEREST WITH CHECK FOR $81.00.

10/21/16 - APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY (docket #6).

10/21/16 - ORDER EMPLOYING EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE (docket #7) (POS 10).

11/02/16 - RECEIPT OF NOTICE OF INTEREST (3) RECORDED IN DUVAL COUNTY, FLORIDA.

11/17/16 - APPLICATION TO EMPLOY NAJI HASSAN AS REAL ESTATE AGENT FOR ESTATE (docket #13).

11/17/16 - EMAIL TO NAJI HASSAN.

11/17/16 - MOTION FOR DETERMINATION THAT PERSONAL PROPERTY (2016 HYUNDAI) IS OF CONSEQUENTIAL VALUE (docket #14).

11/18/16 - ORDER EMPLOYING NAJI HASSAN AS REAL ESTATE AGENT (docket #15) (POS 16).

11/22/16 - RECEIPT OF DEBTOR'S OBJECTION TO MOTION DETERMINE CONSEQUENTIAL VALUE (docket #18).

12/14/16 - RESPONSE TO FEDERAL NATIONAL MORTGAGE'S MOTION FOR RELIEF FROM STAY (docket #25).

12/15/16 - NOTICE OF RULE 2004 SCHEDULED FOR 1/12/17 @ 1:00 P.M. FILED BY EUGENE JOHNSON (docket #26).

12/15/16 - MOTION FOR TURNOVER FILED BY EUGENE JOHNSON (docket #27).

12/15/16 - OBJECTION TO EXEMPTIONS FILED BY EUGENE JOHNSON (docket #28).

12/15/16 - NOTICE OF HEARING ON OBJECTION TO EXEMPTIONS AND MOTION FOR TURNOVER SCHEDULED FOR 1/18/17 @ 1:30 P.M. FILED BY EUGENE JOHNSON (docket #29).

12/15/16 - NOTICE OF HEARING ON FEDERAL NATIONAL MORTGAGE'S MOTION RELIEF FROM STAY SCHEDULED FOR 1/17/17 @ 10:00 A.M. (docket #30).

01/10/17 - NOTICE OF EUGENE JOHNSON'S RESCHEDULED RULE 2004 SCHEDULED FOR 1/19/17@ 2:30 P.M. (DOCKET #32).

01/20/17 - RECEIPT OF EUGENE JOHSON'S EMAIL TO NAJI HASSAN REQUESTING HIM TO CLOSE HIS FILE ON THIS CASE.

01/20/17 - RECEIPT OF EMAIL FROM EUGENE JOHNSON ADVISING SETTLEMENT OF $3,600 OVER 12 MONTHS.

01/20/17 - NOTICE OF ABANDONMENT (REAL PROPERTIES) (DOCKET #36).

02/03/17 - ORDER GRANTING TURNOVER (2016 TAX REFUND AND $3,600 @ $300 MO BEG 3/15/17) (DOCKET #42).

02/20/17 - WITHDRAWAL OF MOTION DETERMINE CONSEQUENTIAL VALUE FILED BY EUGENE JOHNSON (DOCKET #45).

03/08/17 - CLAIMS EXAMINED, OBJECTIONS TO BE FILED.

05/08/17 - OBJECTION TO CLAIM 2 (DOCKET #47).

07/07/17 - ORDER ON CLAIM 2 ENTERED (DOCKET #48).

02/27/18 - REPORT OF SALE COMPLETION (DOCKET #51).

05/30/18 - WITHDRAWAL OF OBJECTION TO EXEMPTIONS FILED BY EUGENE JOHNSON (DOCKET #53).

06/28/18 - RECEIPT OF EUGENE JOHNSON'S FEE APPLICATION (DOCKET #54).

Initial Projected Date of Final Report (TFR): 02/01/18     Current Projected Date of Final Report (TFR): 08/01/18

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 16-03761   3F7   Judge: JERRY A. FUNK | Trustee Name: GORDON P. JONES, TRUSTEE |
| Case Name: | ROBERTS, MARCUS L. | Date Filed (f) or Converted (c): 10/12/16 (f) |
| | | 341(a) Meeting Date: 11/22/16 |
| | | Claims Bar Date: 02/21/17 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 16-03761 -3F7 | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | ROBERTS, MARCUS L. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2970  Checking - Non Interest |
| Taxpayer ID No: | *******1584 | | |
| For Period Ending: | 07/06/18 | Blanket Bond (per case limit): | $ 23,516,752.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/17 | 15 | MARCUS L. ROBERTS 5607 RAINEY AVE. S. ORANGE PARK, FL 32065 | TURNOVER OF TAX REFUND | 1224-000 | 1,180.00 | | 1,180.00 |
| 02/27/17 | 5 | MARCUS L. ROBERTS 5607 RAINEY AVE. S. ORANGE PARK, FL 32065 | PER 2/1/17 NOTICE - DOCKET 40 | 1129-000 | 300.00 | | 1,480.00 |
| 04/14/17 | 5 | MARCUS L. ROBERTS 5607 RAINEY AVE. S. ORANGE PARK, FL 32065 | PER 2/1/17 NOTICE - DOCKET 40 | 1129-000 | 300.00 | | 1,780.00 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,765.00 |
| 05/12/17 | 5 | MARCUS L. ROBERTS 5607 RAINEY AVE. S. ORANGE PARK, FL 32065 | PER 2/1/17 NOTIC E- DOCKET 40 | 1129-000 | 300.00 | | 2,065.00 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,050.00 |
| 06/06/17 | 5 | MARCUS L. ROBERTS 5607 RAINEY AVE. S. ORANGE PARK, FL 32065 | PER 2/1/17 NOTICE - DOCKET #40 | 1129-000 | 300.00 | | 2,350.00 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,335.00 |
| 07/05/17 | 5 | MARCUS L. ROBERTS 5607 RAINEY AVE. S. ORANGE PARK, FL 32065 | PER 2/1/17 NOTICE D#40 | 1129-000 | 300.00 | | 2,635.00 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,620.00 |
| 08/03/17 | 5 | MARCUS L. ROBERTS 5607 RAINEY AVE. S. ORANGE PARK, FL 32065 | PER 2/1/17 NOTIC E- DOCKET 40 | 1129-000 | 300.00 | | 2,920.00 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,905.00 |
| 09/13/17 | 5 | MARCUS L. ROBERTS 5607 RAINEY AVE. S. | PER 2/1/17 NOTICE - DOCKET 40 | 1129-000 | 300.00 | | 3,205.00 |

Page Subtotals    3,280.00    75.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2  
Exhibit B

| Case No: | 16-03761 -3F7 | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | ROBERTS, MARCUS L. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2970 Checking - Non Interest |
| Taxpayer ID No: | *******1584 | | |
| For Period Ending: | 07/06/18 | Blanket Bond (per case limit): | $ 23,516,752.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ORANGE PARK, FL 32065 | | | | | |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,190.00 |
| 10/05/17 | 5 | MARCUS L. ROBERTS | PER 2/1/17 NOTICE - DOCKET 40 | 1129-000 | 300.00 | | 3,490.00 |
| | | 5607 RAINEY AVE. S. | | | | | |
| | | ORANGE PARK, FL 32065 | | | | | |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,475.00 |
| 11/07/17 | 5 | MARCUS L. ROBERTS | PER 2/1/17 NOTICE - DOCKET 40 | 1129-000 | 300.00 | | 3,775.00 |
| | | 5607 RAINEY AVE. S. | | | | | |
| | | ORANGE PARK, FL 32065 | | | | | |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,760.00 |
| 12/04/17 | 5 | MARCUS L. ROBERTS | PER 2/1/17 NOTICE - DOCKET 40 | 1129-000 | 300.00 | | 4,060.00 |
| | | 5607 RAINEY AVE. S. | | | | | |
| | | ORANGE PARK, FL 32065 | | | | | |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,045.00 |
| 01/04/18 | 5 | MARCUS L. ROBERTS | PER 2/1/17 NOTICE - DOCKET 40 | 1129-000 | 300.00 | | 4,345.00 |
| | | 5607 RAINEY AVE. S. | | | | | |
| | | ORANGE PARK, FL 32065 | | | | | |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,330.00 |
| 02/05/18 | 5 | MARCUS L. ROBERTS | PER 2/1/17 NOTICE - DOCKET 40 | 1129-000 | 300.00 | | 4,630.00 |
| | | 5607 RAINEY AVE. S. | | | | | |
| | | ORANGE PARK, FL 32065 | | | | | |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,615.00 |
| 03/19/18 | | INTERNATIONAL SURETIES, LTD. | BOND # 016027985 | 2300-000 | | 2.62 | 4,612.38 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,597.38 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,582.38 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,567.38 |

Page Subtotals    1,500.00    137.62

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 16-03761 -3F7 | | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ROBERTS, MARCUS L. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2970  Checking - Non Interest |
| Taxpayer ID No: | *******1584 | | | |
| For Period Ending: | 07/06/18 | | Blanket Bond (per case limit): | $ 23,516,752.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,552.38 |

```
                                            COLUMN TOTALS                      4,780.00         227.62        4,552.38
                                      Less:  Bank Transfers/CD's                   0.00           0.00
                                            Subtotal                            4,780.00         227.62
                                      Less:  Payments to Debtors                                   0.00
                                            Net                                 4,780.00         227.62

                                                                                                    NET         ACCOUNT
                                            TOTAL - ALL ACCOUNTS              NET DEPOSITS    DISBURSEMENTS     BALANCE
                                            Checking - Non Interest - *******2970   4,780.00         227.62      4,552.38
                                                                           ----------------   ---------------   --------------
                                                                                4,780.00         227.62        4,552.38
                                                                           ================   ===============   ==============
                                                                            (Excludes Account  (Excludes Payments   Total Funds
                                                                               Transfers)          To Debtors)       On Hand
```

Page Subtotals          0.00        15.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 06, 2018 |
|---|---|---|---|---|---|---|

Case Number: 16-03761　　　　　　　　　　　Claim Class Sequence
Debtor Name: ROBERTS, MARCUS L.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | EUGENE H JOHNSON<br>JOHNSON LAW FIRM P.A.<br>100 N. LAURA STREET, SUITE 701<br>JACKSONVILLE, FL  32202 | Administrative | | $1,222.50 | $0.00 | $1,222.50 |
| 001<br>3220-00 | EUGENE H JOHNSON<br>JOHNSON LAW FIRM P.A.<br>100 N. LAURA STREET, SUITE 701<br>JACKSONVILLE, FL  32202 | Administrative | | $106.11 | $0.00 | $106.11 |
| 000002<br>050<br>4110-00 | Navy Federal Credit Union<br>Bankruptcy Department<br>820 Follin Lane<br>Vienna, VA 22180 | Secured | DISALLOWED PER ORDER - DOCKET #48 | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | Unsecured | | $3,042.81 | $0.00 | $3,042.81 |
| 000003<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | | $7,921.33 | $0.00 | $7,921.33 |
| | Case Totals: | | | $12,292.75 | $0.00 | $12,292.75 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-03761 3F7  
Case Name: ROBERTS, MARCUS L.  
Trustee Name: GORDON P. JONES, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 4,552.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GORDON P. JONES, TRUSTEE | $ 1,195.00 | $ 0.00 | $ 1,195.00 |
| Trustee Expenses: GORDON P. JONES, TRUSTEE | $ 216.70 | $ 0.00 | $ 216.70 |
| Attorney for Trustee Fees: EUGENE H JOHNSON | $ 1,222.50 | $ 0.00 | $ 1,222.50 |
| Attorney for Trustee Expenses: EUGENE H JOHNSON | $ 106.11 | $ 0.00 | $ 106.11 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,740.31 |
| Remaining Balance | $ 1,812.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,964.14  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  16.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Navy Federal Credit Union | $ 3,042.81 | $ 0.00 | $ 502.89 |
| 000003 | Synchrony Bank | $ 7,921.33 | $ 0.00 | $ 1,309.18 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,812.07 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE